**No. 58892.**—Belle Neckware Co., Inc. *v.* United States, protest 191463–K (New York).

Opinion by Rao, J.   In accordance with stipulation of counsel that the merchandise consists of bags, composed wholly of greaseproof paper, the claim of the plaintiff was sustained.

**No. 58893.**—J. D. Smith Inter-Ocean, Inc., for Alexandria Mercantile Co. *v.* United States, protest 224586–K (New York).

Opinion by Rao, J.   In accordance with stipulation of counsel that the merchandise consists of table damask, wholly or in chief value of table damask, wholly or in chief value of cotton, and articles made or cut from such table damask, and that the packing list, attached to the protest, establishes the net weights of the items in question, the claim of the plaintiff was sustained.   The collector was directed to reliquidate the entry accordingly, basing weights upon the packing list, attached to the protest.

**No. 58894.**—Bernhard Ulmann Co., Inc. *v.* United States, protests 230017–K and 232187–K (New York).

Opinion by Rao, J.   In accordance with stipulation of counsel that the merchandise is in chief value of vegetable fiber, other than cotton, the claim of the plaintiff was sustained.